**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| MAXIE MALOTT, | ) Cause No. 1:22-cv-01777 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| WAL-MART REAL ESTATE BUSINESS TRUST, WAL-MART STORES EAST, LP, WAL-MART, INC., WAL-MART ASSOCIATES, INC., and WSE MANAGEMENT, LLC, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Robert B. Thornburg, counsel for defendant, Wal-Mart Stores East, LP, states:

1. On August 4, 2022, plaintiff filed her Complaint for Damages and Request for Jury Trial against defendant Wal-Mart Stores East, LP; Wal-Mart Real Estate Business Trust, Wal-Mart, Inc., Wal-Mart Associates, Inc. and WSE Management, LLC, in the Delaware County Circuit Court No. 4 of Indiana, under Cause No. 18C04-2208-CT-000103.

2. On September 7, 2022, a Joint Stipulation of Dismissal of Wal-Mart Real Estate Business Trust, Wal-Mart, Inc., Wal-Mart Associates, Inc. and WSE Management, LLC without prejudice was filed by the parties under Cause No. 18C04-2208-CT-000103.

3. As of the date of this Notice of Removal, the state court judge has not entered the Order dismissing Wal-Mart Real Estate Business Trust, Wal-Mart, Inc., Wal-Mart Associates, Inc. and WSE Management. Pursuant to S.D. Ind. L.R. 81-2, contemporaneously with the filing of this Notice of Removal, Wal-Mart Stores East, LP has filed a Notice of Pending Motion and

will refile the Joint Stipulation of Dismissal of Wal-Mart Real Estate Business Trust, Wal-Mart, Inc., Wal-Mart Associates, Inc. and WSE Management for entry by this Court.

4. Wal-Mart Stores East, LP, is a Delaware limited partnership, of which WSE Management, LLC is the general partner, and WSE Investment, LLC is the limited partner. The sole member of both WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC, an Arkansas limited liability company whose sole member is Walmart, Inc. The principal place of business for all entities mentioned is Bentonville, Arkansas. Walmart, Inc., a Delaware corporation, is a publicly traded company on the New York Stock Exchange and traded under the symbol WMT. The principal place of business for Walmart, Inc. is Bentonville, Arkansas. No publicly traded entity owns more than 10% of the company. Thus, for purposes of diversity jurisdiction, Wal-Mart Stores East, LP is a citizen of Delaware and Arkansas.

5. Plaintiff is a citizen of the State of Indiana.

6. The matter in controversy exceeds $75,000.00, exclusive of interests and costs as Plaintiff alleges she suffered significant personal injury and restriction of her daily activities due to those injuries. In addition, Plaintiff's counsel was asked to stipulate that the amount in controversy did not exceed $75,000 and advised that Plaintiff's medical bills exceed $100,000 so would not stipulate that the amount in controversy did not exceed $75,000. In addition, this action does not arise under the Workmen's Compensation laws of any state; is not brought against a common carrier or its receivers or trustees; and does not arise under 45 U.S.C. §§ 51-60. Therefore, this cause is removable to this Court under 28 U.S.C. § 1441(b).

7. This Notice of Removal is being filed with this Court within 30 days after the receipt of the Complaint and Summons by the defendant.

8. Copies of all process, pleadings, and orders served upon petitioner in the state court action are attached hereto. Promptly hereafter, written notice will be given to all adverse parties and to the Clerk of the Delaware County Circuit Court No. 4 of Indiana, that this Petition for Removal is being filed with this Court.

WHEREFORE, defendant prays that the entire state court action, under Cause No. 18C04-2208-CT-000103, now pending in the Delaware County Circuit Court No. 4 of Indiana, be removed to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Robert B. Thornburg*
Robert B. Thornburg, #19594-02
*(also incorrectly sued as Wal-Mart Real Estate Business Trust, Wal-Mart, Inc., Wal-Mart Associates, Inc. and WSE Management, LLC)*

## **CERTIFICATE OF SERVICE**

      Service of the foregoing was made electronically this 9th day of September, 2022, upon the following:

M. Michael Stephenson, #1824-73
Sean R. Roth, #30833-49
Jeremy D. Musgrave, #35042-73
STEPHENSON RIFE LLP
2150 Intelliplex Drive, Suite 200
Shelbyville, IN  46176
*Attorneys for Plaintiff*


                                    */s/ Robert B. Thornburg*

FROST BROWN TODD LLC
201 N Illinois Street, Suite 1900
PO Box 44961
Indianapolis, IN  46244-0961
317-237-3800
Fax: 317-237-3900
rthornburg@fbtlaw.com

LR08000.0760827   4856-0201-6305v1